**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DC COMICS,

      Plaintiff,

v.                                                     CASE NO. 6:11-CV-1600-Orl-36GJK

G5 BARBERS, LLC, LA VITA, INC.,
SUPERMAN'S, LLC and DARRYL SHEPPARD,

      Defendants.

_____/

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Gregory J. Kelly, filed on August 22, 2012 (Doc. 40). In the Report and Recommendation, the Magistrate Judge recommends that the Court grant in part and deny in part Plaintiff DC Comics' ("Plaintiff") Motion for Default Judgment (Doc. 38). *See* Doc. 40. Specifically, the Magistrate Judge recommends that the Court issue a permanent injunction, damages award and final judgment consistent with the Plaintiff's Proposed Final Order (Doc. 39, Ex. A), with the exception of the amount of statutory damages requested. *See* Doc. 40, p. 15. Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate that based on the factors outlined in 15 U.S.C. § 1125(d)(1)(B), Plaintiff has sufficiently pled the Defendants' bad faith intent to profit from Plaintiff's trademark. *Id*. at 11. Moreover, the Court agrees that the Defendants' violative use of Plaintiff's trademark in their domain name has been sufficiently established as "willful, deliberate, and made in bad faith." *Id*. at 12. Further, the Court finds the entry of a permanent injunction

appropriate in this matter, as Defendant's continued infringement would likely lead to confusion about the origin, authenticity, and association of the Defendants' businesses with Plaintiff's trademark. *Id*. at 14. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 40) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff DC Comics' Motion for Default Judgment (Doc. 38) is **GRANTED in part** and **DENIED in part**.

3. The Court will enter a default judgment and permanent injunction by separate order.

**DONE AND ORDERED** at Orlando, Florida on September 20, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD